UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ANTHONY R. WOODS, | |
|---|---|
| Plaintiff, | No. C11-5667 RBL/KLS |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| SCOTT RUSSELL and DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) This action is **Dismissed Without Prejudice** prior to service for failure to state a claim and **the dismissal shall count as a strike under 28 U.S.C. § 1915(g)**.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 28th day of November, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1