# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTHONY R. WOODS

JUDGMENT IN A CIVIL CASE

v.

SCOTT RUSSELL and DEPARTMENT OF CORRECTIONS

CASE NUMBER: C11-5667RBL/KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

This action is **Dismissed Without Prejudice** prior to service for failure to state a claim and **the dismissal shall count as a strike under 28 U.S.C. § 1915(g)**.


November 29, 2011                      WILLIAM M. McCOOL
                                                     Clerk

                                             *s/CM Gonzalez*
                                             Deputy Clerk